**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| TIFFANY MCCALL, ADMINISTRATRIX OF THE ESTATE OF REGINA KIRKLAND, | : No. 366 EAL 2019 |
| Petitioner | : Petition for Allowance of Appeal : from the Order of the Superior Court |
| v. | : |
| GLENDALE UPTOWN HOME, GS OPERATOR, L.P., KINDRED HEALTHCARE, HILLCREST CENTER A/K/A HILCREST NURSING HOME, CRESTVIEW CHURCH ROAD OPERATION, GENESIS HEALTHCARE, DR. VIOLETTA BERDICHEVSKAYA, M.D., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.